IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID LEE LEWIS, SR.,              ) | |
|                                                         ) | |
|          Plaintiff,                             ) | |
|                                                         ) | |
|     v.                                              ) | CIVIL ACTION NO. 2:13cv355-MHT |
|                                                         ) | (WO) |
| CAROLYN W. COLVIN,              ) | |
| Acting Commissioner of Social Security,  ) | |
|                                                         ) | |
|          Defendant.                          ) | |

## **JUDGMENT**

In accordance with the order entered on this date, it is ORDERED, ADJUDGED, and DECREED that the decision of the Acting Commissioner of Social Security is reversed and this action is remanded to the commissioner for further proceedings.

It is further ORDERED that costs are taxed against the commissioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

Done this the 29th day of July, 2014.

　　　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE